AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov

*Attorneys for Defendants John Keast,
Michael Minev, Martin Naughton and Lisa Walsh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARL W. SCHENKER | Case No. 3:19-cv-00459-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| KIM ADAMSON, et al, | |
| Defendants. | |

It is stipulated and agreed to under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, by and between Plaintiff Karl W. Schenker and Defendants John Keast, Michael Minev, Martin Naughton and Lisa Walsh, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Nathan C. Holland, Deputy Attorney

///
///
///
///
///
///
///
///
///

1  General, that the above-captioned matter be dismissed with prejudice; each party will bear
2  their own attorney's fees and costs.

_____
KARL W. SCHENKER, Plaintiff
*Pro Se*

DATED: 11-16-21

AARON D. FORD
Attorney General

By: _____
NATHAN C. HOLLAND, Bar No. 15247
Deputy Attorney General
Attorneys for Defendants

DATED: _____

IT IS SO ORDERED.

_____
**U.S. DISTRICT JUDGE**

DATED: _____, 2020.

1  General, that the above-captioned matter be dismissed with prejudice; each party will bear
2  their own attorney's fees and costs.

|  |  |
|---|---|
|  | AARON D. FORD |
|  | Attorney General |
|  |  |
| _____ | By: _/s/Nathan C. Holland_____ |
| Karl W. Schenker, Plaintiff | Nathan C. Holland, Bar No. 15247 |
| *Pro Se* | Deputy Attorney General |
|  | Attorneys for Defendants |
| Dated: _____ | Dated: _November 16, 2021_ |

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** __November 17____, **2021.**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 16th day of November, 2021, I electronically filed the foregoing **STIPULATION AND ORDER OF DISMISSAL**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

Karl Schenker, #1026941
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
Plaintiff, Pro Se
*Plaintiff, Pro Se*

_____
an employee of the
Office of the Nevada Attorney General